**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No.  14-RJ-00011

HICA EDUCATION LOAN CORPORATION,

               Plaintiff,

    v.

KYLE MORTENSEN,

               Defendant,

    and

NESTLE HR SERVICE CENTER,

               Garnishee.

---

**GARNISHEE ORDER**

---

On motion of the United States (Doc. No. 7), and good cause appearing, IT IS HEREBY

ORDERED that Garnishee Nestle HR Service Center shall, each pay period, pay 25% of

Defendant's disposable wages to the United States and shall continue said payments until the

judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or

control of any property belonging to the Defendant, or until further order of this Court.

Payment Instructions: Checks shall be made payable to U.S. Department of

Justice and mailed to:

        US Attorney's Office
        Attn: Financial Litigation Unit
        1225 17th Street, Suite 700
        Denver, CO 80202

Please include the following information on each check:

Name of Defendant:      Kyle Mortensen

Court Number:       14-RJ-00011

CDCS Number:       2014A49993


BY THE COURT:

Dated: September 9, 2014

_____
KATHLEEN M. TAFOYA
UNITED STATES MAGISTRATE JUDGE